IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DEBORAH REICHERT, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | NO. 10-3832 |
| v. | : | |
| STATE FARM INS. CO., | : | |
| Defendant. | : | |

## ORDER

**AND NOW** this 29th day of March 2011, upon consideration of the Cross-Motions for Summary Judgment filed by the parties (Doc. Nos. 11, 12), Defendant's Reply (Doc. No. 14), the Joint Stipulation of Facts submitted by the parties (Doc. No. 10), and the exhibits (Doc. Nos. 10, 16), and after a hearing held on March 7, 2011, it is **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 12) is **DENIED**.

2. Defendant's Motion for Summary Judgment (Doc. No. 11) is **GRANTED**.

3. The Clerk of Court shall **ENTER JUDGMENT** in favor of Defendant and against Plaintiff. It is the Judgment of the Court that Plaintiff is not entitled to stack the UIM benefits of her insurance policy with the UIM benefits of the insurance policy of her parents.

4. The Clerk of Court shall **CLOSE** the case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.